# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**KURRI SKY BENNETT**                              **PLAINTIFF**

V.                                        **CIVIL NO. 1:15-cv-233-JCG**

**CAROLYN W. COLVIN,**                           **DEFENDANT**
**Acting Commissioner of Social Security**

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order issued this date and incorporated herein,

**IT IS ORDERED** that judgment is rendered in favor of Defendant, and this Civil Action is hereby dismissed with prejudice.

**SO ORDERED**, this the 22nd day of February, 2017.

*/s/ John C. Gargiulo*
JOHN C. GARGIULO
UNITED STATES MAGISTRATE JUDGE